UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TROY JACKSON,

    Plaintiff,

v.

UNKNOWN STEINBERG,

    Defendant.

_____/

Case No. 1:19-cv-22

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendant and against Plaintiff.

Dated:  April 21, 2020

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge